UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURICIA GRANT,

                              Plaintiff,              Case No. 08 cv 5276

       - against -

NATIONAL ASSOCIATION FOR STOCK
CAR RACING, INC.,

                             Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Greg Riolo (GR 1634) and Michael A. Frankel (MF 9712), as attorneys for Defendant National Association For Stock Car Racing, Inc. ("NASCAR") in this action.

                             Greg Riolo (riolog@jacksonlewis.com)
                             Michael A. Frankel (frankelm@jacksonlewis.com)
                             Jackson Lewis LLP
                             One North Broadway, Suite 1502
                             White Plains, New York 10601

                             Respectfully submitted,

                             JACKSON LEWIS LLP
                             One North Broadway, Suite 1502
                             White Plains, New York 10601

           By:       _____
                             Greg A. Riolo (GR 1634)
                             Michael A. Frankel (MF 9712)

                             ATTORNEYS FOR DEFENDANT

Dated: June 20, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MAURICIA GRANT,                                  :
                                                 :
                           Plaintiff,     :     Case No. 08 cv 5276
                                                 :
      - against -                               :
                                                 :
NATIONAL ASSOCIATION FOR STOCK    :
CAR RACING, INC.,                                :
                                                 :
                     Defendants.    :
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been served via Electronic Case Filing and U.S. Mail, First Class on June 20, 2008 on:

Martha M. McBrayer, Esq.
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, New York  10022
(212) 751-9800
*Attorney for Plaintiff*

_____
Greg Riolo