UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MAURICIA GRANT,                                         :
                                                        :
                                Plaintiff,    :   Case No. 08 cv 5276
                                                        :
       - against -                                     :
                                                        :
NATIONAL ASSOCIATION FOR STOCK                          :
CAR RACING, INC.,                                       :
                                                        :
                                Defendants.   :
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

       Please enter the appearance of Michael A. Frankel (MF 9712) as attorney for Defendant National Association For Stock Car Racing, Inc. ("NASCAR") in this action.

                               Michael A. Frankel (frankelm@jacksonlewis.com)
                               Jackson Lewis LLP
                               One North Broadway, Suite 1502
                               White Plains, New York 10601

                               Respectfully submitted,

                               JACKSON LEWIS LLP
                               One North Broadway, Suite 1502
                               White Plains, New York 10601

                By:    *Michael Frankel*
                          Michael A. Frankel (MF 9712)

                               ATTORNEYS FOR DEFENDANT

Dated: June 24, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAURICIA GRANT,                                   :
                                                  :
                          Plaintiff,              :     Case No. 08 cv 5276
                                                  :
        - against -                               :
                                                  :
NATIONAL ASSOCIATION FOR STOCK                    :
CAR RACING, INC.,                                 :
                                                  :
                          Defendants.             :
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been served via Electronic Case Filing on June 24, 2008 on:

Martha M. McBrayer, Esq.
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, New York  10022
(212) 751-9800
*Attorney for Plaintiff*

_____
Michael A. Frankel