UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway
White Plains, New York  10601
Telephone:  (914) 328-0404
Attorneys of Record:
    Greg Riolo (GR 1634)
    Michael A. Frankel (MF 9712)

-----------------------------------------------------------------X
MAURICIA GRANT,

                              Plaintiff,                    Case No. 08 CV 5276 (DAB)

              - against -

NATIONAL ASSOCIATION FOR STOCK
CAR RACING, INC.,

                            Defendant.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendant NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., named herein as "National Association for Stock Car Racing, Inc." (hereinafter "Defendant"), by and through its undersigned counsel, state that: (1) Defendant is a nongovernmental corporate party whose parent corporation is NASCAR Holdings, Inc.; and (2) there are no publicly held corporations that own 10% or more of Defendant's stock.

Respectfully submitted,

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601-2305
(914) 328-0404
(914) 328-1882 (facsimile)

By: _____
Greg Riolo (GR 1634)
Michael A. Frankel (MF 9712)

ATTORNEYS FOR DEFENDANT
NATONAL ASSOCIATION FOR STOCK
CAR AUTO RACING, INC.

Dated: August 8, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MAURICIA GRANT,

                         Plaintiff,                    Case No. 08 CV 5276 (DAB)

     - against -

NATIONAL ASSOCIATION FOR STOCK
CAR RACING, INC.,

                        Defendant.
------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served via ECF and U.S. Mail, postage pre-paid, on August 8, 2008, upon the attorneys for Plaintiff at the following address:

        Martha M. McBrayer, Esq.
        Morelli Ratner PC
        950 Third Avenue, 11th Floor
        New York, New York 10022

                                                  _____
                                                      Michael A. Frankel